UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTES

RENATA FERNANDES,

               Plaintiff,

v.

APPLE INC.

               Defendant.

Case No. 1:26-cv-13180-ADB

## **NOTICE OF APPEARANCE**

To the Clerk of the Court and All Parties of Record:

Please enter the appearance of the undersigned attorney, Adam Gershenson of Weil, Gotshal & Manges LLP, on behalf of Defendant Apple Inc., in the above-captioned matter.

The undersigned counsel certifies that he is an active member in good standing of the Bar of this Court. Please direct all future notices, correspondence, pleadings, and discovery materials to the address and contact information listed below.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Adam Gershenson*

ADAM GERSHENSON (Bar No. 671296)
Adam.Gershenson@weil.com
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, MA 02115
Tel: 617-772-8310
Fax: 617-772-8333

**NOTICE OF APPEARANCE**                                                                                                           1

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, a true and correct copy of the foregoing document was served on counsel for Plaintiff at the email addresses listed below via electronic mail.

GILLIAN L. WADE
gwade@waykayslay.com
SARA D. AVILA
sara@waykayslay.com
COLLINS KILGORE
ckilgore@waykayslay.com
MARC A. CASTANEDA
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Renata Fernandes*

*/s/ Adam S. Gershenson*
Adam S. Gershenson

**NOTICE OF APPEARANCE**                                                                                                    **2**