UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTES

RENATA FERNANDES,

             Plaintiff,

v.

APPLE INC.

             Defendant.

Case No. 1:26-cv-13180-ADB

## JOINT NOTICE OF SETTLEMENT

Plaintiff Renata Fernandes and Defendant Apple Inc. (the "Parties") jointly write to advise the Court that they have reached an agreement in principle to settle this matter. The Parties request that the Court vacate any upcoming deadlines while the Parties negotiate the settlement agreement and the performance of the settlement terms is pending. Once the terms of the settlement are completed, the Parties shall file a Stipulation of Dismissal of the entire action with prejudice in accordance with Local Rule 68.2.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Adam Gershenson*

ADAM GERSHENSON (Bar No. 671296)
Adam.Gershenson@weil.com
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, MA 02115
Tel: 617-772-8310
Fax: 617-772-8333

DAVID R. SINGH
David.Singh@weil.com
MORGAN MACBRIDE
Morgan.Macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000

**JOINT NOTICE OF SETTLEMENT**                                                      1

Fax: 650-802-3000

JAMES M. PEARL (*pro hac vice forthcoming*)
James.Pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of the Stars, Ste. 1800
Los Angeles, CA 90067
Tel: 213-667-5100
Fax: 213-667-5111

ARTURO J. GONZALEZ (Cal. Bar No. 121490)
MELODY E. WONG (Bar No. 341494)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ALEXANDRA P. BARLOW (Cal. Bar No. 299715)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

*Attorneys for Apple Inc.*

Dated: July 16, 2026

/s/ *Gillian L. Wade*
GILLIAN L. WADE (Cal. Bar No. 229124)
gwade@waykayslay.com
SARA D. AVILA (Cal. Bar No. 263213)
sara@waykayslay.com
COLLINS KILGORE (Cal. Bar No. 295084)
ckilgore@waykayslay.com
MARC A. CASTANEDA (Cal. Bar No. 29900)
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

**JOINT NOTICE OF SETTLEMENT**                                    **2**

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Renata Fernandes*

**JOINT NOTICE OF SETTLEMENT**                                                            **3**

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, a true and correct copy of the foregoing document was served on counsel for Plaintiff at the email addresses listed below via electronic mail.

GILLIAN L. WADE (Bar No. 229124)
gwade@waykayslay.com
SARA D. AVILA (Bar No. 263213)
sara@waykayslay.com
COLLINS KILGORE (Bar No. 295084)
ckilgore@waykayslay.com
MARC A. CASTANEDA (Bar No. 29900)
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Renata Fernandes*

/s/ *Adam S. Gershenson*
Adam S. Gershenson

**JOINT NOTICE OF SETTLEMENT**                                                                    **4**