UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No:
26-13180-ADB

Renata Fernandes

v.

Apple, Inc.

## SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

The Court having been advised by counsel for the parties that the above captioned action has settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 45 days if settlement is not consummated.

By the Court,

/s/ Karen Folan
Deputy Clerk

7/21/2026

To: All Counsel